# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 30, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

158088 & (19)(20)

PEOPLE OF THE STATE OF MICHIGAN,
  Plaintiff-Appellee,

v

HENRY LEE HENCE, JR.,
  Defendant-Appellant.

SC:  158088
COA:  342023
Wayne CC:  79-911862-FC

_____/

On order of the Court, the application for leave to appeal the June 21, 2018 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).  The motions to remand and for miscellaneous relief are DENIED.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 30, 2019

s0422

Clerk